

**Littler Mendelson, PC**
290 Broadhollow Road
Suite 305
Melville, NY  11747

December 16, 2017

Lisa M. Griffith
631.247.4709 direct
631.247.4700 main
631.850.5363 fax
lgriffith@littler.com

**VIA ECF**

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

      Re:    *Abdullayeva v. Attending Homecare Services LLC*
              Case No. 17-cv-05951 (JBW)(SJB)

Dear Judge Weinstein:

      As you are aware, this firm represents the Defendant Attending Homecare Services LLC d/b/a Attending Home Care (the "Defendant"), in the above-referenced matter.

      On December 7, 2017, we electronically filed motion papers in connection with Defendant's Motion to Dismiss the Complaint and Compel Individual Arbitration or in the Alternative, Compel Individual Arbitration and Stay Proceedings Pending Arbitration (Docket Nos. 14–16).  We have consented to Plaintiff's request for an extension of time to respond to our motion.  Accordingly, we write to propose the following briefing schedule: (1) Plaintiff to serve opposition papers on or before January 19, 2018; (2) Defendant to serve reply papers on or before February 2, 2018; and (3) for the return date, currently scheduled for January 17, 2018 at 10:30 a.m., to be adjourned until Wednesday, February 7, 2018, at 10:30 a.m.

      In addition, in light of Defendant's motion, we respectfully request an adjournment of the initial conference, currently scheduled for January 25, 2018 at 10:00 a.m., to a date and time convenience for the Court.  Plaintiff's counsel consents to the proposed briefing schedule and the aforementioned adjournment requests.

      We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Lisa M. Griffith*

Lisa M. Griffith

cc:      All counsel of record (via ECF)