# EXHIBIT B

# TATYANA ABDULLAYEVA

| | |
|---|---|
| **Registry Number** | 103066 |
| **Gender** | Female |
| **County** | Kings |
| **Approved for Employment** | Yes |
| **As of** | 09/25/2010 |
| **Reason** | |
| **Aide Response** | |

| Certifications | **Employment History** | Convictions and Findings |

This section provides a history of the worker's employment with home care agencies. This information is self-reported, and the Department does not guarantee the accuracy of the information contained herein.

| Home Care Agency | From Date | To Date |
|---|---|---|
| ALWAYS HOME CARE<br>3131 CONEY ISLAND AVENUE<br>BROOKLYN, NY 11235 | August 3, 2015 | March 21, 2016 |
| ASSOCIATION FOR SERVICES FOR THE AGED, INC.<br>36-36 33RD STREET<br>LONG ISLAND CITY, NY 11106<br>(718)707-9696 | May 10, 2010 | January 30, 2017 |
| ATTENDING HOME CARE, LLC<br>1125 FULTON STREET, SUITE 3C<br>BROOKLYN, NY 11238<br>(718)940-4900 | October 15, 2014 | |
| All Heart Homecare Agency Inc<br>1660 East 14th Street<br>suite 201<br>Brooklyn, NY 11229<br>(718)627-0300 | May 17, 2017 | |
| CARING PROFESSIONALS, INC.<br>70-20 AUSTIN STREET<br>FOREST HILLS, NY 11375<br>(718)897-2273 | April 3, 2010 | August 16, 2013 |
| FAMILY HOME CARE SERVS OF BROOKLYN & QUEENS, INC.<br>168 SEVENTH STREET<br>BROOKLYN, NY 11215<br>(718)832-0550 | August 8, 2014 | |
| Five Star Home Health Care Agency, Inc.<br>1302 Kings Highway<br>3rd fl<br>Brooklyn, NY 11229<br>(718)676-9977 | June 9, 2014 | July 16, 2014 |

| Home Care Agency | From Date | To Date |
|---|---|---|
| PREMIER HOME HEALTH CARE SERVICES, INC.<br>9202 5TH AVENUE<br>BROOKLYN, NY 11209<br>(718)833-9332 | February 17, 2016 | |

## Notice

The Home Care Registry provides limited information about home care workers who have successfully completed a state approved training program in New York State. Information contained in the registry may be entered and updated by third parties. Consequently, the Department of Health does not guarantee the accuracy of third-party information provided. Further, the Department of Health does not endorse any individual listed on the Registry. Please refer to the frequently asked questions to obtain a better understanding of the information contained in this registry. In particular, individuals listed on the registry may have had their certification lapse, or may be denied employment approval due to a background check, or the information in the Registry may be outdated. Most of the information posted on this Registry is voluntarily reported by the workers themselves, by home care service agencies, or by prosecutorial agencies which choose to provide information. It is the responsibility of those accessing this Registry to verify the credentials, suitability and competency of any individual listed in the registry.

Information on home care workers is being added to the registry over time and may not be complete at the time of your search. The Department encourages consumers to make additional reference checks on all individuals they are considering for employment as this database is limited in the information it can provide. This is particularly important with respect to individuals whose employment status is anything other than "YES".

Revised: September 2009
Questions or comments: hcreg@health.state.ny.us