# EXHIBIT A



Gary P. Rothman
grothman@rothmanrocco.com
(914) 478-2801 x. 101

February 2, 2018

**Via E-mail (IWincott@littler.com)**

Ira Wincott, Esq.
Littler Mendelson, P.C.
290 Broadhollow Road – Ste. 305
Melville, New York 11747

  Re: **Member Ratification of HHWA Collective Bargaining Agreements**

Dear Mr. Wincott:

  This firm represents the Home Healthcare Workers of America, IUJAT and its affiliated Local Unions, including Local 1660 (collectively "HHWA"). I write in response to your inquiry on behalf of your clients, some of which are signatory employers to collective bargaining agreements with HHWA, whether contracts with HHWA require ratification by the membership. Please be advised that pursuant to the HHWA National Union Constitution and affiliated Local Union constitutions, the Local Union Executive Boards are authorized to negotiate and enter into collective bargaining agreements. It follows, that they may also negotiate and enter into amendments to such agreements. Membership ratification votes are not required.

  Feel free to contact me should you have any questions about this or wish to discuss this further.

            Very truly yours,

            */s/ Gary P. Rothman*

            Gary P. Rothman

cc: HHWA