UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATYANA ABDULLAYEVA, Individually on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff-Appellee,<br><br>　　-against-<br><br>ATTENDING HOMECARE SERVICES LLC, d/b/a ATTENDING HOME CARE,<br><br>　　　　　　Defendant-Appellant. | Docket No. No. 17-cv-05951<br>Weinstein, J.<br><br>**NOTICE OF APPEAL** |

　　Notice is hereby given that Defendant Attending Home Care Services, LLC appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Honorable Jack B. Weinstein, dated and entered March 5, 2018, annexed hereto as Exhibit A, which denied Defendant's Motion to Dismiss the Complaint and Compel Individual Arbitration, or in the Alternative, Compel Individual Arbitration and Stay Proceedings Pending Arbitration.

　　Date:　March 6, 2018
　　　　　　Melville, New York

　　　　　　　　　　　　　　　　　　　　/s/ *Daniel Gomez-Sanchez*
　　　　　　　　　　　　　　　　　　　　Ira D. Wincott
　　　　　　　　　　　　　　　　　　　　Lisa M. Griffith
　　　　　　　　　　　　　　　　　　　　Daniel Gomez-Sanchez
　　　　　　　　　　　　　　　　　　　　290 Broadhollow Road
　　　　　　　　　　　　　　　　　　　　Suite 305
　　　　　　　　　　　　　　　　　　　　Melville, NY  11747
　　　　　　　　　　　　　　　　　　　　631.247.4700

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　ATTENDING HOMECARE SERVICES,
　　　　　　　　　　　　　　　　　　　　　LLC

# EXHIBIT A