UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATYANA ABDULLAYEVA, Individually and on Behalf of Others Similarly Situated,<br><br>        Plaintiff,<br><br>– against –<br><br>ATTENDING HOMECARE SERVICES, LLC.,<br><br>        Defendant. | ORDER ON MANDATE<br><br>17-CV-5951<br><br> |

**JACK B. WEINSTEIN**, Senior United States District Judge:

  The case is set down for arbitration by the parties in view of the Court of Appeals' remand indicating that arbitration was appropriate. All pending proceedings shall be stayed. The Clerk of the Court shall close the case.

                SO ORDERED.

                _s/ Jack B. Weinstein_
                Jack B. Weinstein
                Senior United States District Judge

Dated: September 18, 2019
    Brooklyn, New York

